**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: June 8, 2016**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>    James D Gentry<br><br>                Debtor | CASE NO: 16-31310<br>        (Chapter 13)<br><br>JUDGE GUY R. HUMPHREY |

T2XXXX

AGREED ORDER DENYING CONFIRMATION OF THE APRIL 27, 2016 CHAPTER 13 PLAN (DOC NO. 5) AND THE MAY 18, 2016 AMENDED PLAN (DOC NO. 15) AND ORDERING AMENDED PLAN

The court having been informed by the Chapter 13 Trustee that the Debtor, through counsel, reported at the 341 meeting that the Debtor desires to file an amended plan,

It is ORDERED that confirmation of the plan (Doc No. 5) filed April 27, 2016 and the amended plan (Doc No. 15) filed May 18, 2016 are denied and the Debtor shall have fourteen (14) days from the date of this order to file an amended plan or the Trustee shall submit a proposed order to the court dismissing this case.

/s/ SCOTT A KRAMER

SCOTT A KRAMER   #0071997
Attorney for Debtor
130 W. SECOND ST
SUITE 310
DAYTON, OH  45402
(937)222-1700   Fax (937)224-0420
email: kramerbankruptcy@yahoo.com

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner 0022205
CHAPTER 13 TRUSTEE
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Case 3:16-bk-31310    Doc 18    Filed 06/08/16    Entered 06/08/16 14:54:51    Desc Main
                        Document      Page 2 of 2

**Distribution:**
    All Filing Parties.

1631310_97_20160608_1017_251/T304_ss
###