# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## DAYTON DIVISION

IN RE:                                              CASE NO. 16-31310

James D Gentry                           CHAPTER 13

Debtor.                                             JUDGE Guy R Humphrey

## WITHDRAWAL OF OBJECTION TO CHAPTER 13 PLAN (Doc. No. 13)

Capital One Auto Finance, a division of Capital One, N.A. ('Creditor'), by and through their undersigned counsel, hereby withdraws their objection to the Debtor's proposed Chapter 13 Plan. An Amended Chapter 13 Plan was filed June 22, 2016, which remedied the Creditor's concerns.

                                                   Respectfully Submitted,

                                                   /s/ D. Anthony Sottile
                                                   D. Anthony Sottile (0075101)
                                                   Sottile and Barile, Attorneys at Law
                                                   P.O. Box 476
                                                   Loveland, OH 45140
                                                   Phone: (513) 444-4100
                                                   bankruptcy@sottileandbarile.com

## CERTIFICATE OF SERVICE

I certify that on June 22, 2016, a true and correct copy of this Withdrawal of Objection to Chapter 13 Plan was served:

Via the Court's ECF System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Scott A Kramer
    130 W. Second Street
    Suite 310
    Dayton, OH 45402
    kramerbankruptcy@yahoo.com
    Debtor's Counsel

    Jeffrey M Kellner
    131 N Ludlow St
    Suite 900
    Dayton, OH 45402
    ecfclerk@dayton13.com
    Chapter 13 Trustee

    Asst US Trustee (Day)
    170 North High Street Suite 200
    Columbus, OH 43215
    USTPRegion09.CB.ECF@usdoj.gov
    Office of the US Trustee

And by regular US Mail, postage pre-paid on:

    James D Gentry
    655 Golf View Court
    Vandalia, OH 45377

                                          /s/ D. Anthony Sottile
                                          D. Anthony Sottile (0075101)