**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | |
|---|---|
| IN RE:<br><br>    James D Gentry<br><br>    Debtor | Case No: 16-31310<br>(Chapter 13)<br><br>JUDGE GUY R. HUMPHREY |

**CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION
OF AMENDED PLAN FILED JUNE 22, 2016 (DOC 22)**

The Chapter 13 Trustee objects to confirmation of the Debtor's amended plan filed June 22, 2016 (Doc 22), and as provided by 11 U.S.C.§1302(b)(2) recommends the plan not be confirmed, all as more fully set forth in the attached memorandum.

A plan has not been confirmed.

                                                          ____/s/_Jeffrey M. Kellner_____
JEFFREY M. KELLNER  #0022205
CHAPTER 13 TRUSTEE
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937) 222-7600  FAX (937) 222-7383
email: chapter13@dayton13.com

Gentry   16-31310

The Debtor has filed an amended plan that increases the payment to the plan from $3,135.00 to $3,147.00 per month and decreases the percent to be paid to the general unsecured creditors from 2% to 0%. The amended plan also increases the value and the per monthly payment to Capital One Auto Finance, proposes adequate protection payments for Acceptance Now and proposes that the secured and priority claims owed to the State of Ohio shall be paid as a class 1 claim with a fixed monthly payment of $500.00, in the event there is an unsecured base claim all excess funds will be paid to the State of Ohio and the Debtor waives discharge of any and all non-dischargeable amounts remaining at the end of the case. The Debtor has failed to file with the amended plan an amended Schedule I-Your Income and an amended Schedule J-Your Expenses The Debtor has failed to file a plan in good faith pursuant to 11 U.S.C.§ 1325(a)(3).

CERTIFICATE OF SERVICE

16-31310

I hereby certify that on July 7, 2016, a copy of the attached was served on the following ECF participants electronically through the court's ECF System at the email address registered with the court.

| | |
|---|---|
| OFFICE OF THE U S TRUSTEE<br>170 NORTH HIGH ST<br>SUITE 200<br>COLUMBUS, OH 43215 | SCOTT A KRAMER<br>130 W. SECOND ST<br>SUITE 310<br>DAYTON, OH 45402 |

And on the following by ordinary U.S. Mail, on July 7, 2016:

| | | |
|---|---|---|
| James D Gentry<br>655 Golf View Court<br>Vandalia, OH 45377 | (93.1n)<br>BRIAN M GIANANGELI<br>THE LAW OFFICE OF CHARLES MIFSUD<br>6305 EMERALD PARKWAY<br>DUBLIN, OH 43016 | (92.1n)<br>CAPITAL ONE AUTO FINANCE<br>% ASCENSION CAPITAL GROUP<br>BOX 201347<br>ARLINGTON, TX 76006 |

1631310_6_20160705_1245_300/T208_vw<br>###