UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>James D Gentry<br><br>Debtor | CASE NO: 16-31310<br>(Chapter 13)<br><br>JUDGE GUY R. HUMPHREY |

HEARING NOTICE

NOTICE IS HEREBY GIVEN THAT A HEARING WILL BE HELD AT:

U. S. BANKRUPTCY COURT
120 WEST THIRD ST.
DAYTON, OH 45402

EAST COURTROOM    DATE: AUGUST 4, 2016    TIME: 10:30 AM

TO CONSIDER AND ACT ON THE FOLLOWING MATTERS and transact such other business as may properly come before the court:

— — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — -

Objection of Creditor State of Ohio, Department of Taxation to Confirmation of Debtor's Amended Plan (Doc. 22) (Doc. 34)

- — — — — — — — — — — — — — — — — — — — — — — — — — — — — — —

/s/ JEFFREY M. KELLNER
JEFFREY M. KELLNER 0022205
Chapter 13 Trustee
131 N Ludlow St  Suite 900
Dayton, OH 45402-1161
Phone: (937) 222-7600
Fax: (937) 222-7383
chapter13@dayton13.com

1631310_32_20160728_0906_214/T292_ss
###