UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>　James D Gentry<br><br>　　　　　　　　　　　Debtor | CASE NO: 16-31310<br>　　　(Chapter 13)<br><br>JUDGE GUY R. HUMPHREY |

**WITHDRAWAL OF CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION OF AMENDED PLAN FILED JUNE 22, 2016**
**(DOCKET NUMBER: 26)**

The Chapter 13 Trustee withdraws the CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION OF AMENDED PLAN FILED JUNE 22, 2016 filed on or about JULY 7, 2016. The Trustee has received information that has satisfied his concerns.

/s/ Jeffrey M. Kellner
　Jeffrey M. Kellner 0022205
Chapter 13 Trustee
131 N LUDLOW ST　SUITE 900
DAYTON, OH　45402-1161
(937)222-7600　Fax (937)222-7383
email: chapter13@dayton13.com

## CERTIFICATE OF SERVICE 16-31310

I hereby certify that on August 5, 2016, a copy of the attached was served on the following ECF participants electronically through the court's ECF System at the email address registered with the court.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

SCOTT A KRAMER
130 W. SECOND ST
SUITE 310
DAYTON, OH 45402

And on the following by ordinary U.S. Mail, on August 5, 2016:

James D Gentry
655 Golf View Court
Vandalia, OH 45377

(93.1n)
BRIAN M GIANANGELI
THE LAW OFFICE OF CHARLES MIFSUD
6305 EMERALD PARKWAY
DUBLIN, OH 43016

(92.1n)
CAPITAL ONE AUTO FINANCE
% ASCENSION CAPITAL GROUP
BOX 201347
ARLINGTON, TX 76006

1631310_77_20160804_1239_298/T294_ss
###